**Exhibit A to the Complaint**

**Location:** Vail, CO                                             **IP Address:** 71.196.185.152
**Total Works Infringed:** 50                                     **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 5C3311803A2AE6A1DC7120B54554E1AD681D4344<br>File Hash:<br>29883293777A1F6FDDE6F0F3F351D2ECF7A69BE483B1D85610658D387F365AD0 | 04-11-2023<br>08:55:09 | Tushy | 05-26-2017 | 06-22-2017 | PA0002039288 |
| 2 | Info Hash: 9DCAA506FCD18CBC43374B59DCF295D275F78689<br>File Hash:<br>41CF2342AC870E5B1224E13FEBF21489DABF19588367A5E809C47AADC4FD17FE | 03-07-2023<br>06:31:33 | Blacked<br>Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 3 | Info Hash: A117040D9525C1C72653A916746A386DB3D37130<br>File Hash:<br>E89AE637B3419055D9A517872D3068B1B628C4901856FC1E5A198F82A37D657C | 03-07-2023<br>06:06:22 | Blacked | 03-04-2023 | 04-07-2023 | PA0002405754 |
| 4 | Info Hash: F399FA3E54D67D6328C274E602EBA168782B10F8<br>File Hash:<br>CF1A612D60A58BB7B5D90F4CF13093F924F7C91914721FF5F24345C6F6829A52 | 03-07-2023<br>06:04:53 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 5 | Info Hash: B1D2CE1C12DD299D4C4746CA986BB4AB65FFD52D<br>File Hash:<br>08D68414DB8CE56E0E2B9DD81A16A3F1C07FCD452EE42EADAB5229E0F0D4391C | 03-07-2023<br>05:57:33 | Vixen | 03-03-2023 | 04-10-2023 | PA0002405936 |
| 6 | Info Hash: 7F9073CA06097DA7D232E77DD05EF4988A91312B<br>File Hash:<br>07474B7BD6BBA056FCA31DE6898C16B41654697B82865EEC9831927992159987 | 03-05-2023<br>11:49:32 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 7 | Info Hash: 122F01F72618E3F202E6B427DF39A6146C5145E7<br>File Hash:<br>7AADE55F5FE9905D4A02C68DAD508A041414ED6DAB0E11929ACBA31CE2571F43 | 03-05-2023<br>04:40:28 | Blacked<br>Raw | 02-03-2023 | 03-08-2023 | PA0002400564 |
| 8 | Info Hash: 7A9A2E1E2DCBB3A64583B95F042C029A715D4743<br>File Hash:<br>FA1CA01F93BBC637BFED6161ED631234D467FDB502BF67C0BE5F618E1FCE3818 | 02-27-2023<br>18:34:48 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 9 | Info Hash: 743B436198D58868EE90DB21DD73E45156E91E69<br>File Hash:<br>68CAF48F7FAE60974122CFFA222A37ABFC4F3254649FB4BEB1FB67B8C19A452F | 02-27-2023<br>18:25:58 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 10 | Info Hash: BA96E0B5B972B5E2BF1B8CA350B5E650FE4A28ED<br>File Hash:<br>5C3E98369E4A663C67579CEE0B6618B6539F9F38CA8B717196FD2AFA56F731C2 | 02-27-2023<br>18:16:06 | Vixen | 02-17-2023 | 03-08-2023 | PA0002400563 |
| 11 | Info Hash: 931EDC181F041A51EF95AB4B173DF50FF05E4D90<br>File Hash:<br>2337021D54982B8B82C317D03796C8BD27D14D5F39C01BAA0D96A10647DCBF21 | 02-27-2023<br>13:16:17 | Blacked<br>Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 9C824A2D4EB747339F1B9E2E83479104BE703703<br>File Hash:<br>25127A789B678AAB59D72E0FEB5A324E362411CA5DFD19CB9943B06345C6B3A5 | 02-27-<br>2023<br>09:57:34 | Tushy | 12-20-2018 | 01-22-2019 | PA0002147682 |
| 13 | Info Hash: 36FD6749FE3D3133128EF029EBB265F3A1E4FF00<br>File Hash:<br>B5A87122E0781EC7708AE5554185460497AAB213DCB856A35968E05460B15041 | 02-27-<br>2023<br>09:52:57 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 14 | Info Hash: D8377F22A5B76F6FE17E2C1918296688E02026EB<br>File Hash:<br>41F17368762A71E497D6DB6FBD55BEEE103180B1035CB7E017F77AAC3FF0D427 | 02-21-<br>2023<br>23:00:39 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 15 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash:<br>D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 01-12-<br>2023<br>09:03:09 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 16 | Info Hash: 7491FD90952DDAA709B41496BD827FD16FAD5A96<br>File Hash:<br>769A5E0AD3480A5BFB9007C4D25FAD0C65BE618C95E6900009E0B3A1B8A275D1 | 01-09-<br>2023<br>09:05:39 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 17 | Info Hash: F8CAD854E7DC19B53E674840B5554C76AD455AFB<br>File Hash:<br>8EA7842640D74C90BAC1D369A2072A6125C869D9F4C82073D1032E9BE86A8A6B | 01-09-<br>2023<br>08:54:24 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 18 | Info Hash: 57763A5B3583A13492A671B9919D28555796546C<br>File Hash:<br>7882436CAE07D7E0F422B3A2EE3582E944A93B99893003C4A5E586C8C2069DAC | 01-09-<br>2023<br>08:42:28 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 19 | Info Hash: 8F9D3A596AF1C39AAA440D4F826E74D61884670F<br>File Hash:<br>1588347C9067E39D797E9ADF63148F8F32E8F6CA87F28F22301A08A0324A1612 | 01-08-<br>2023<br>15:06:48 | Vixen | 12-09-2022 | 02-21-2023 | PA0002401000 |
| 20 | Info Hash: 37B79D5889FE5985783BA9458C88F6912DEE7A29<br>File Hash:<br>FD9180F36314B4F5A595516A24F03518B9D624AF60D2044C211118CE83C2AB94 | 01-08-<br>2023<br>06:06:29 | Vixen | 09-24-2021 | 11-11-2021 | PA0002321289 |
| 21 | Info Hash: 97BB06A5FAE902A8493E12B8BD16CC02E8097CD2<br>File Hash:<br>B7DDBD032732E32A3E0F430C80D430476C336107C9BC2E7E39BF104EAACA6E6B | 12-29-<br>2022<br>10:27:58 | Tushy | 07-05-2020 | 07-20-2020 | PA0002248967 |
| 22 | Info Hash: B071CD0DD8D8C3104E124CAD387BECC6BB3E273F<br>File Hash:<br>AA0BC4C6FE7CD9AC6903EFE7DB520E0D4365147E432EF97207A53D67375A920A | 12-26-<br>2022<br>18:54:06 | Blacked | 09-02-2019 | 09-13-2019 | PA0002200702 |
| 23 | Info Hash: F2FF5984C6669188B2BD37CF7C72FDF97A534272<br>File Hash:<br>0CEAE4FCE56CEE14A6B3E1E9424700F52EF91EDD808E8ECFBBCCF1C399A306D1 | 12-26-<br>2022<br>06:42:05 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|-----------|--------------|
| 24 | Info Hash: B2AA97BC79185C05C21F39C03A2EC0117FAD95D7<br>File Hash:<br>3294CDB319F6F57AEBD946B8B1B942884033D035C8A67C3BC4FFD62E99D3D89A | 12-26-2022<br>06:34:37 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 25 | Info Hash: 72555676245CA53C457541455A41821330714A7A<br>File Hash:<br>4FF404477E05C99BDAB75A2082DAD57AF4A52BF2271449F1448891B4CD1A1BC9 | 12-26-2022<br>06:32:14 | Blacked | 03-11-2019 | 03-31-2019 | PA0002163979 |
| 26 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash:<br>C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 12-26-2022<br>06:29:31 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |
| 27 | Info Hash: 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3<br>File Hash:<br>A404C4B8F66F1C6C6DA9E343BD7284ACCF468243D2AE64E4053DD9675ADF39B3 | 12-26-2022<br>06:25:58 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 28 | Info Hash: D4414E1E954985552282EC01BA093EFC905FC4BC<br>File Hash:<br>77324052D00723989E8C099AC2AA8D3154464B79F15BA040862E8E9C49101D5B | 12-16-2022<br>05:52:16 | Tushy | 09-18-2022 | 10-05-2022 | PA0002373759 |
| 29 | Info Hash: 72B0F1168786EE85BDFE7815FEE833ACB0611C68<br>File Hash:<br>E615313D9ECE13DD904034EABC5993D67BA8135F472E59E4DC2D4E51BBFD0770 | 12-16-2022<br>05:26:03 | Tushy | 01-17-2021 | 02-09-2021 | PA0002276149 |
| 30 | Info Hash: DB36A63BDF54F82FEB476FC9054466F942B5C14D<br>File Hash:<br>2AC36A6CC2AF4F2EACC724A4295EB5F19809D17B1FE1F4E5E7C96F6486AB66CD | 12-13-2022<br>08:10:58 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 31 | Info Hash: 9EA31AFE28590EEB8AB3516AE38669AFDD224576<br>File Hash:<br>CBA22494F1E2EF699314BEA06731F872EA22C2AD33EBBC5C491266EBEE51531D | 12-13-2022<br>08:05:24 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |
| 32 | Info Hash: EA17D56FFCD461E84C480DE89F0B1F8829C22549<br>File Hash:<br>6C62E64CF42E3D091707F5E10FFABBD252FAA6EAC135265C58258003AD6A1C27 | 12-13-2022<br>07:58:48 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 33 | Info Hash: 71C2517E55C86AFDAAFBF4008A586150D4B624CB<br>File Hash:<br>FA81833FBE4D1F9BAB7D3296DA72E7F96DE460F82C9ECCC3679182E5F3651E1E | 12-13-2022<br>07:58:48 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 34 | Info Hash: D868AF75E88D4458311F4BB5882BC2C292DF8E86<br>File Hash:<br>AF2CA8B2EBA9FFD844C570A0AEE3DCA505B5F667FDF16D8CAF4A4FDD1F5F0581 | 12-13-2022<br>07:58:28 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 35 | Info Hash: D99DDE80E2B27CF679D291584C534BE412D77C36<br>File Hash:<br>0B102FEDF60A6A7AACC14D3016D76C51BF79AA0DCC905FAFD49E9C320F0EEA05 | 12-13-2022<br>07:58:26 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 36 | Info Hash: B5BAA098A77422344BC39043B8E6412B388993D7<br>File Hash:<br>31E176319CABF1B114491288482342D142C63BC353EFF7A6F5DFED3A579D3886 | 12-13-2022<br>07:58:20 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |
| 37 | Info Hash: 57D38984B201F44F8712EBFB996E659BB0298148<br>File Hash:<br>D83539C6D18437AECC449DBF1FBC2782151D08C938DB1169AEB616391BD7EA15 | 12-13-2022<br>07:58:20 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 38 | Info Hash: EC40852D6DAF26790A6256DD34017213CD1756BF<br>File Hash:<br>D7973478B39F77F9FD87444AD83D272C340EFE1590C85CC40F93A503B7B38A61 | 12-13-2022<br>07:58:20 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 39 | Info Hash: 8340EBD31C10365E5407D21282F5AD8A1D354E4B<br>File Hash:<br>DE6A8F4B4BA0D4FB4F01222EEEF2B5CD21DBD18ABF13B5030477AFBD4BB1A9E2 | 12-13-2022<br>04:54:01 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 40 | Info Hash: 155F9C2D065D97AE8B30367E00650A8D9452E6A2<br>File Hash:<br>2458FBF03E1CA2761B208151E25DB463C4FC20B3D305DA40A6198E112484882A | 12-08-2022<br>05:41:06 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 41 | Info Hash: CC624B99131D20A815AC7138FEF12826FDE1BB3B<br>File Hash:<br>55443CFF57394DA9C5E24B38F92A1FE43B6539CF45A638197AD61738FD75A065 | 12-08-2022<br>05:11:28 | Tushy | 05-22-2022 | 06-27-2022 | PA0002355029 |
| 42 | Info Hash: 0AC2423E872BB3B635429E357CE906B11640F3E7<br>File Hash:<br>A422337188210233A1C691438340FD0088FB928A78C5A17541CF59BD47C6E1D9 | 12-08-2022<br>05:07:40 | Blacked | 01-15-2022 | 02-14-2022 | PA0002335487 |
| 43 | Info Hash: 39BA1DA7C78AE03C6F19AE07D392A16A6A86AFC6<br>File Hash:<br>59A6B92CB846021BF6DD034F499F0881873AF105006842356C756C1A778535F9 | 12-08-2022<br>05:05:56 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 44 | Info Hash: 47AD03C8D52ABE80EACBC45DFE19920690847495<br>File Hash:<br>D385563492370281E9B99763CAB97C873EC2B1A0F4E90BE5B28C206EDC252A43 | 12-08-2022<br>04:59:21 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |
| 45 | Info Hash: C23B9D94C3B7F041233843C843364B3DA0B82D54<br>File Hash:<br>443DD6276022FAFA560EA4942A0DE08B099B5BD4E81AC12CFA2B6F336A89E0C9 | 12-03-2022<br>19:01:21 | Blacked | 07-04-2020 | 07-20-2020 | PA0002248966 |
| 46 | Info Hash: C3FB7277333208A9A5A6875DFC848D49EBF63316<br>File Hash:<br>62B9ECD5B5E4215A3A277FABECFAD4106237E5194C3DC0491B94AF579227FACE | 12-03-2022<br>09:46:12 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 47 | Info Hash: C6C37AE276F78A41F09A036DAD4CE1180C41CA73<br>File Hash:<br>0467A8099A6D1C5CEF004A827BA0B8EE4FB9CCED20F6182AFD5D826BD0B9EE6A | 12-02-2022<br>15:27:29 | Blacked | 06-04-2022 | 06-27-2022 | PA0002354990 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 48 | Info Hash: E45A9D920F75658166DD2316DE325185CDC5A1EF<br>File Hash:<br>22A7884B573B724CC6966A9433F58317AF76D344DD09A8B0E17453EEAB851D73 | 12-02-2022<br>15:27:25 | Tushy | 03-17-2018 | 04-17-2018 | PA0002116750 |
| 49 | Info Hash: 16A48B7A92A444DC78ECE6EEF12C584E71C8518B<br>File Hash:<br>D6B0942D7A010E755C88F46FC028DC1480211AF742A96DB58CAAD66B7C9DDA89 | 12-02-2022<br>09:20:24 | Vixen | 01-07-2022 | 01-17-2022 | PA0002330115 |
| 50 | Info Hash: C1A09FF87B113D6F9CE5E60802303754711EAB39<br>File Hash:<br>A6F61A75F0D5E3097F814E281CEC308256473BBA60C103FD58C841794D8841EA | 12-02-2022<br>09:20:14 | Blacked | 12-31-2019 | 01-27-2020 | PA0002223957 |